Filed 03/07/11 Case 10-19042 Doc 42

FILED
March 07, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003327674

THOMAS O. GILLIS, SBN 40186
ATTORNEY AT LAW
1006 H STREET, SUITE 1
MODESTO, CALIFORNIA 95354
TEL (209)575-3116
FAX (209)575-5956

Attorney for Debtors
LUIS and MARIA SOTO

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO

In Re:

LUIS SOTO and
MARIA SOTO

            Debtors.

Court_____/

CASE NO. 10-19042
CHAPTER 12

DCN-TOG-5

DATE: April 7, 2011
TIME: 10:00 a.m.
PLACE: U.S. Bankruptcy
2500 Tulare St., 5th Fl., Rm.#11
Fresno, CA 93721

## MOTION TO VALUE COLLATERAL- (NOTE AND SECOND MORTGAGE HELD BY HOUSEHOLD FINANCE CORPORATION)

      Debtors, Luis and Maria Soto, by and through Thomas O. Gillis, their attorney of record, move the Court to value the collateral securing Debtor's indebtedness to **Household Finance Corporation** to wit, **debtors' second deed of trust** on the real property located at **20298 Avenue 239, Lindsay, CA**. This motion is based on the following:

1. The **Debtor values the collateral at $168,000** (see Declaration of Debtor filed herein).

2. **First Mortgage: Bank of America** holds a note on said property secured by a valid Deed of Trust. The balance of the note is approximately **$177,000.**

3. **Second Mortgage: Household Finance Corporation** has recorded a Deed of Trust securing a note for approximately **$143,512.** Said Deed of Trust was recorded after the Deed of Trust referred to supra.

4. The holder of the senior Deed of Trust referred to in #2 is owed an amount exceeding the value of the property by **$9,000,** leaving no equity to secure the second Deed of Trust referred to in #3 supra.

Wherefore, **debtors pray** that the Court **determine the debt of HOUSEHOLD FINANCE CORPORATION** to be **wholly unsecured**, and classify the holder of that debt as a general unsecured creditor.

Based on the foregoing, Debtors respectfully request that this motion be granted.

Dated: March 7, 2011

*/s/ Thomas O. Gillis*

THOMAS O. GILLIS
ATTORNEY AT LAW